IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE ESTATE OF LYLE ELLIOTT, by and through its Special Administrator, MARY ELLIOTT, and MARY ELLIOTT, TIA COLLINS, LARZ ELLIOTT, TAMIKA ELLIOTT, and KADEN ELLIOTT, heirs at law of Lyle Elliott,<br><br>       Plaintiffs,<br><br>    v.<br><br>TIMOTHY J. SULLIVAN, M.D.,<br><br>       Defendant. | 4:04CV3343<br><br>ORDER |

In accordance with discussions with counsel pursuant to Fed. R. Civ. P. 16,

IT IS ORDERED:

1. The Rule 26 telephone planning conference is continued until further order of the court.

2. Within ten days following the court's ruling on the pending motion for summary judgment, if it is denied, counsel shall confer and plaintiff's counsel shall telephone the office of the undersigned to schedule another conference.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge